IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:13-cr-00057 |
| | ) | JUDGE TRAUGER |
| DASHAWN LLOYD, | ) | |

==Motion GRANTED contidition upon the timely filing of a waiver of speedy trial by co-defendant Young.==

*/s/ Trauger*

## MOTION TO CONTINUE TRIAL DATE

Comes now the Defendant, Dashawn Lloyd, by and through his attorney Erik Herbert and respectfully requests this Honorable Court continue the trial date in the above captioned case from April 15, 2014, to a later date convenient to Court and Counsel. In support thereof the defendant states as follows:

1. Counsel for Mr. Lloyd needs additional time to investigate the case and review the evidence.

2. Counsel and the Government are in settlement negotiations and counsel for the defendant anticipates that this matter will not go to trial.

3. Assistant United States Attorney Lynne Ingram has authorized undersigned counsel that the Government has no objections to a continuance in this matter.

4. A copy of the Waiver for Speedy Trial is attached.

Wherefore based on the above the defendant Dashawn Lloyd, by and through counsel, respectfully requests this Honorable Court continue the trial date from April 15, 2014, to a later date convenient to Court and Counsel.