IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00057 |
| | ) | Judge Trauger |
| | ) | |
| DASHAWN LLOYD | ) | |

### **O R D E R**

It is hereby **ORDERED** that the change of plea and sentencing hearing scheduled for June 17, 2014 at 10:30 a.m. is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED.**

Enter this 11th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge